**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | |
|---|---|
| **MANUEL DEJESUS JANDRES** | **CIVIL ACTION NO. 2:09-0897** |
| **VS.** | **JUDGE MELANCON** |
| **ERIC H. HOLDER** | **MAGISTRATE JUDGE HILL** |

## JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Report and Recommendation of the Magistrate Judge is correct and adopts the findings and conclusions therein as its own.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that petitioner's federal *habeas corpus* petition be **DENIED AND DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 30th day of September, 2009.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE